**Order entered March 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01062-CR

**MARGARITO MANUEL SALAZAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00001-S**

## ORDER

Before the Court is appellant's March 18, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **April 15, 2019**. If appellant's brief is not filed by April 15, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    BILL PEDERSEN, III
JUSTICE